UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL WARREN,<br>    #NL6620<br>    SCI Phoenix<br>    Collegeville, PA 19426<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES SECURITIES AND<br>EXCHANGE COMMISSION,<br>    100 F Street N.E.<br>    Washington, D.C. 20549<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) 1:19-cv-01203 (BAH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SECURITIES AND EXCHANGE COMMISSION'S ANSWER**

Defendant, the United States Securities and Exchange Commission (the "Commission"), by and through its undersigned attorney, hereby answers the Complaint in this case. In response to the introductory paragraph and numbered paragraphs of the Complaint, Defendant admits, denies, or otherwise states as follows:

*Introduction*.   This paragraph contains a characterization of this action and conclusions of law to which no response is required. To the extent a response is deemed to be required, Defendant denies that it has improperly withheld and agency records.

    1.    This paragraph contains conclusions of law relating to jurisdiction to which no response is required. To the extent a response is deemed to be required, Defendant denies that the Court has jurisdiction as the Complaint provides no reason to believe that Defendant improperly withheld any agency records.

    2.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of this paragraph and therefore denies.

3. Admit.

4. This paragraph contains conclusions of law to which no response is required.

5. This paragraph contains conclusions of law to which no response is required.

6. This paragraph contains conclusions of law to which no response is required.

7. This paragraph contains conclusions of law to which no response is required.

8. This paragraph contains conclusions of law to which no response is required.

9. This paragraph contains conclusions of law to which no response is required.

10. Admit that Mr. Warren submitted a FOIA request on December 20, 2018. Exhibit 1 is a copy of that letter. The Court is respectfully referred to Exhibit 1 for a complete and accurate statement of its contents.

11. The Court is respectfully referred to Exhibit 1 for a complete and accurate statement of its contents.

12. Admit that the SEC FOIA Office responded by letter dated February 5, 2019 and that Exhibit 2 is a copy of that letter. Defendant denies that its response was late and that it improperly withheld any documents. Defendant further admits that Plaintiff filed a FOIA appeal dated January 31, 2019 and received by the SEC March 7, 2019. Exhibit 3 is a copy of Mr. Warren's FOIA appeal. The Court is respectfully referred to Exhibits 2 and 3 for a complete and accurate statement of their contents.

13. Admit that Defendant responded to Plaintiffs' FOIA appeal by letter dated March 13, 2019. Exhibit 4 is a copy of the response. The Court is respectfully referred to Exhibit 4 for a complete and accurate statement of its contents. Defendant denies that its response was late or that the response stated Defendant had no jurisdiction over the appeal.

14. Defendant admits the requested records are public records to the extent they exist. Defendant denies that all of the requested documents exist. To the extent the paragraph suggests

Defendant should have produced records that were already available to the public in a form other than making them available on Defendant's website, Defendant denies the allegations of this paragraph.

15. Defendant lacks knowledge or information sufficient to form a belief as to what records this paragraph is referring and therefore denies the allegations of this paragraph. This paragraph contains conclusions of law, to which no response is required.

Defendant specifically denies each and every allegation of the Complaint that is not specifically and expressly admitted herein, and further denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1. The Court lacks jurisdiction over this matter because the Complaint provides no reason to believe that Defendant improperly withheld any agency records.

2. Defendant has failed to exhaust his administrative remedies.

3. The Complaint fails to state a claim upon which relief can be granted because the Commission has not improperly withheld any agency records.

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

/s/ Carin Cozza
Carin Cozza
Senior Counsel
Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549
Tel:  (202) 551-7958
Fax:  (202) 772-9263
cozzac@sec.gov

Counsel for Defendant

3

## CERTIFICATE OF SERVICE

I certify that I served a copy of the SEC's Answer and Exhibits, by mail, on July 25, 2019, upon Daniel Warren, prisoner # NL6620 at SCI Phoenix, Collegeville, PA 19426.

/s/ Carin M. Cozza

Carin M. Cozza