# EXHIBIT 2



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC 20549-2465

Office of FOIA Services

February 5, 2019

Mr. Daniel Warren #NL6620
Smart Communications/PADOC
SCI Forest PO BOX 33028
St. Petersburg, FL 33733

    Re:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
           Request No. **19-01057-FOIA**

Dear Mr. Warren:

This letter is in response to your request for a copy of 22 different types of records concerning PIMCO International Bond Fund Unhedged, covering multiple years.

You requested a fee waiver of all costs associated with your request. We may waive or reduce search, review, and duplication fees if (A) disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations and activities of the government and (B) disclosure is not primarily in the commercial interest of the requester, 5 U.S.C. § 552(a)(4)(iii).

We will determine whether disclosure is likely to contribute significantly to the public's understanding of the operations or activities of the government based upon four factors:

- Whether the subject matter of the requested records concerns the operations or activities of the Federal government;
- Whether the requested records are meaningfully informative on those operations or activities so that their disclosure would likely contribute to increased understanding of specific operations or activities of the government;
- Whether disclosure will contribute to the understanding of the public at large, rather than the understanding of the requester or a narrow segment of interested persons; and

Mr. Daniel Warren #NL6620                                    19-01057-FOIA
February 5, 2019
Page Two

- Whether disclosure would contribute significantly to public understanding of government operations and activities.

We will determine whether disclosure of the requested records is not primarily in the commercial interest of the requester based on these two factors:

- Whether disclosure would further any commercial interests of the requester; and
- Whether the public interest in disclosure is greater than the requester's commercial interest under 17 CFR § 200.80(g)(12).

While SEC grants waivers of FOIA fees where appropriate, we are also obligated to safeguard the public treasury by not granting waivers except as provided by the FOIA. As a requester, you bear the burden under the FOIA of showing that the fee waiver requirements have been met. Based on my review of your request, I determined that your fee waiver request is deficient because it does not provide substantive information relating to any of the six factors. Therefore, I am denying your request for a fee waiver.

Based on the information you provided, we classified you in the "all other" fee category. As such, you are charged for search costs beyond the first two hours which are free, and duplication costs beyond the first 100 pages which are free, in accordance with our fee schedule.

Moreover, please note that we did perform a preliminary search of the SEC's various systems of records, for records concerning a company named "PIMCO International Bond Fund – Unhedged," but did not locate or identify any information responsive to your request.

I am the deciding official with regard to this adverse determination. You have the right to appeal my decision to the SEC's General Counsel under 5 U.S.C. § 552(a)(6), 17 CFR § 200.80(f)(1). The appeal must be received within ninety (90) calendar days of the date of this adverse decision. Your appeal must be in writing, clearly marked "Freedom of Information Act Appeal," and should identify the requested records. The appeal may include facts and authorities you consider appropriate.

Mr. Daniel Warren #NL6620                               19-01057-FOIA
February 5, 2019
Page Three


    You may file your appeal by completing the online Appeal form located at https://www.sec.gov/forms/request_appeal, or mail your appeal to the Office of FOIA Services of the Securities and Exchange Commission located at Station Place, 100 F Street NE, Mail Stop 2465, Washington, D.C. 20549, or deliver it to Room 1120 at that address.

    If you have any questions, please contact Charlotte Fulton of my staff at fultonc@sec.gov or (202) 551-8186.  You may also contact me at foiapa@sec.gov or (202) 551-7900.  You may also contact the SEC's FOIA Public Service Center at foiapa@sec.gov or (202) 551-7900.  For more information about the FOIA Public Service Center and other options available to you please see the attached addendum.

                                                  Sincerely,

                                                  Jeffery Ovall
                                                  FOIA Branch Chief


Enclosure

# ADDENDUM

For further assistance you can contact a SEC FOIA Public Liaison by calling (202) 551-7900 or visiting https://www.sec.gov/oso/help/foia-contact.html.

SEC FOIA Public Liaisons are supervisory staff within the Office of FOIA Services. They can assist FOIA requesters with general questions or concerns about the SEC's FOIA process or about the processing of their specific request.

In addition, you may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA dispute resolution services it offers. OGIS can be reached at 1-877-684-6448 or via e-mail at ogis@nara.gov. Information concerning services offered by OGIS can be found at their website at Archives.gov. Note that contacting the FOIA Public Liaison or OGIS does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal.