# EXHIBIT 3

19-00293-APPS

## Madison, Wilton

**From:** foiapa
**Sent:** Thursday, March 07, 2019 11:25 AM
**To:** Madison, Wilton
**Subject:** FW: New Appeal
**Attachments:** ICM 2-14-19 #12 (1).pdf

**From:** Livornese, John J. <LivorneseJ@SEC.GOV>
**Sent:** Thursday, March 07, 2019 10:11 AM
**To:** foiapa <foiapa@sec.gov>
**Subject:** New Appeal

**RECEIVED**

MAR 07 2019

Office of
FOIA Services

Thanks.

**From:** Perkins, Trevor <PerkinsT@SEC.GOV>
**Sent:** Thursday, March 07, 2019 9:39 AM
**To:** Livornese, John J. <LivorneseJ@SEC.GOV>
**Cc:** Help (OIEA Investor Complaints) <Help@sec.gov>
**Subject:** Letter for FOIA? HO::~00798950~::HO

John,

As I indicated in my voicemail message to you. I believe the attached correspondence belongs with FOIA but wanted to confirm with you.

Thanks,

Trevor Perkins
Attorney
OIEA
1-6336

1

#12

Office of Information Policy
U.S. Department of Justice
Suite 11050
1425 New York Avenue, N.W.
Washington, DC 20530-0001

## FREEDOM OF INFORMATION ACT APPEAL

This is an appeal under the Freedom of Information Act and/or the Privacy Act contained in 5 U.S.C. § 552 and/or 552a based upon the denial of requested records from your agency.

On December 20, 2018, I sent a request for documents and information to the Securities Exchange Commission. Attached is a copy of the request.

The statute requires a response to such request within twenty (20) working days. I have not received a response to my request as of the date of this letter. Because of the amount of time that has passed since my request under FOIA/Privacy Act statutes, I must construe this failure to respond as a denial of my good-faith effort to obtain the relevant documents.

The purpose of the FOIA is "'to facilitate public access to Government document,' and therefore its dominant objective' is 'disclosure, not secrecy.'" *American Civil Liberties Union of New Jersey v. F.B.I.*, 733 F.3d 526, 531 (3d Cir. 2013).

I requested information for a bond/security under CUSIP# 722005196. Under the Sarbanes-Oxley Act of 2002, the Act mandates transparency for oversight of activities of the auditing profession dealing in securities.

The Securites Exchange Act creates federal duties related to the registration and disclosures of bonds and securities. *SEPTA v. Orrstown Fin. Servs.* 2016 U.S. Dist. LEXIS 169379 (M.D. Pa. Dec. 7, 2016).

### Title 15 § 77f. Registration of Securities

(d) *Information available to public*. The information contained in or filed with any registration statement shall be made available to the public under such regulations as the Commission may prescribe and copies thereof shall be furnished

1

SECURITIES & EXCHANGE
COMMISSION

FEB 1 4 2019

OFFICE OF INVESTOR
EDUCATION AND ADVOCACY

19- 01057 FOIA

## REQUEST LETTER UNDER THE FOIA/PRIVACY ACT

To: Securities Exchange Commission
100 F. Street NW
Washington, DC 20549

From: Daniel Warren
#NL6620
Smart Communications/PADOC
SCI Forest
PO Box 33028
St. Petersburg, FL 33733


RECEIVED
DEC 20 2018
Office of
FOIA Services

This is a request made in the nature of both the Freedom of Information pursuant to the freeodm of information legislation 5 U.S.C. § 552 to promote transparency. This request does meet all procedural requirements in the nature of U.S.C. § 15, Ch. 2B, § 77f, 77h, 77j, 77k, 77l, 77nnn, 78m, 78n, 78o, 78u, 78x, 80a-24, RCW 21.20, 31 CFR Subtitle A Part 1, Appendix B, Subpart C, Appendix B; 26 CFR 601.702, 5 U.S.C. § 552; 26 CFR §§ 601.701 & 601.702; 26 U.S.C. § 6103 and also those listed in the Federal Register, Supp. Rules of Admiralty Rule 8, and the Dodd-Frank Act as amended to the Securities Exchange Act of 1934, 15 U.S.C. § 78u-6(h). And:

**Sarbanes-Oxley Act of 2002, H.R. 3763 One hundred and seventh congress, second session, Amendment to the Securities Exchange Act on July 30, 2002,** president Bush signed into law the Sarbanes -Oxley Act of 2002, which he characterized as "the most far reaching reforms of American business practices since the time Franklin Delano Roosevelt." Tha Act mandated a number of reforms to enhance corporate and accounting fraud, and created the "Public Company Accounting Oversight Board" also known as the PCAOB, to oversee the activities of the auditing profession.

## RECORDS REQUEST

I, request that you submit all requested documentation in relation to and assigned to CUSIP# 722005196; PIMCO International Bond Fund Unhedged; Symbol PFUAX, inception date September 3, 2004, net asset as of October 31, 2018 is $1,279,600,000.00.

1

(1) copies of Registration statement filed with commission;

(2) copies of Prospectus filed with commission;

(3) copies of Form S-3 Prospectus Supplement;

(4) copies of earning statement;

(5) copies of bond purchase;

(6) copies of omid, omad, 1099 Oid, 1099 int, 1099 LTC, for 2015, 2016, 2017 and 2018;

(7) copies of GSA Form 24, SF25, SFG25A, SF274, SF275 and SF275A;

(8) copies of State 28-E;

(9) copies of audit opinion for 2015, 2016, 2017, and 2018;

(10) copies of SEC, 10-K, and 10Q for 2015, 2016, 2017, and 2018;

(11) copies of Schedule 13D Forms;

(12) copies of the documentation of the current value CUSIP#722005196;

(13) copies of the funds credit rating;

(14) copies of the bonds proceeds for 2015, 2016, 2017, and 2018;

(15) copies of the settlement and delivery date;

(16) copies of the documentation of the holder-owner of the security, transfer agent, registers, issuer, underwriter, director, partners, offeror and seller of this security;

(17) copies of the bond register;

(18) copies of documentation of the source of the bond;

(19) copies of the documentation of the actual purchase price of the bond;

(20) copies of the documentation of the actual price of value of shares;

(21) copies of documentation of all persons receiving any proceeds from this security

2

(22) copies of the International Securities Identification Number (ISIN) for this security;

## CONCLUSION AND DEMAND

The requested documents are intended for use in Administrative as well as Judicial proceedings, therefore please certify the requested documents as True and Correct using Form 2866 (Certificate of Official Record). If the requested documents do not exist, please certify that they do not by using the Form 3050 (Certificate of Lack of Record). If there are any fees for searching for, or copying any requested documents, please inform me of them. **Waiver or Reduction of Fees** - Documents shall be furnished without charge, or at reduced charges if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interests of the requester. 15 CFR § 4.5 et.

I understand the penalties for requesting information under false pretenses. I believe that the documents requested herein are publicly available within the *e.g.* "the documents are not exempt from the agency's post decisional file in this matter." I also believe that reasonable grounds do not exist for withholding as provided in under of subsection (a)(4)(F) of the Act's penalties section.

Notice is hereby given that if you fail to produce any of the requested documents within 10 days of receipt of this request, your failure to do so shall be construed as prima facie evidence that you are unable to do so and shall create the legal presumption that the requested documents do not exist. If you desire an extension of time, please contact me in writing.

Sincerely,

_/s/_ _____   Dated: December 20, 2018