# EXHIBIT 4



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

OFFICE OF THE
GENERAL COUNSEL

Stop 9612

March 13, 2019

Mr. Daniel Warren #NL6620
Smart Communications/PADOC
SCI Forest PO Box 22028
St. Petersburg, FL 33733

      Re:    Appeal, Freedom of Information Act Request No. 19-01057-FOIA, designated on appeal as No. 19-00223-APPS

Dear Mr. Warren:

      This responds to your March 7, 2019, Freedom of Information Act (FOIA) appeal questioning the timeliness of the FOIA Officer's response to the above-referenced request. I have determined to dismiss the appeal as moot as the FOIA Office issued its determination and provided you with the responsive information on February 5, 2019. *See Voinche v. FBI*, 999 F.2d 962, 963 (5th Cir. 1993) (challenge to the tardiness of an agency's response to a FOIA request is rendered moot by a response to the request); *Gambini v. U.S. Customs Service*, Case No. 5:01-cv-300, 2001 U.S. Dist. Lexis 21336 at *4 (N.D. Texas Dec. 21, 2001) (plaintiff's challenge to agency's tardiness of response or its failure to respond is "rendered moot by the agency's response to a request").

      You have the right to seek judicial review of my determination by instituting an action in the United States District Court for the District of Columbia or in the district where you reside or have your principal place of business.1 Voluntary mediation services as a non-exclusive alternative to litigation are also available through the National Archives and Records Administration's Office of Government Information Services (OGIS). For more information, please visit www.archives.gov/ogis or contact OGIS at ogis@nara.gov or 1-877-684-6448. If you have any questions concerning my determination, please contact Carin Cozza, Senior Counsel, at 202-551-7958.

                                 For the Commission
                                 by delegated authority,

                                 Richard M. Humes
                                 Associate General Counsel

---

1 5 U.S.C. § 552(a)(4)(B).