# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL WARREN,<br>*Plaintiff*,<br><br>vs.<br><br>SECURITIES EXCHANGE COMMISSION:<br>*Defendant*. | CASE NO: 1:19-cv-01203-BAH<br><br>**Leave to file GRANTED**<br><br>*Beryl A. Howell*   Date 8/13/2019<br>**Beryl A. Howell**<br>**Chief Judge**<br>**United States District Court** |

### REQUEST FOR ENTRY OF DEFAULT

TO: Clerk of Court for the District of Columbia:

Please enter default the default of Defendant Securities Exchange Commission for failure to plead or otherwise defend as provided by the Federla Rules of Civil Procedure, as appears from the attched declaration of Daniel Warren.

s/ *Daniel Warren*, Plaintiff
NL6620
SCI Pheonix
1200 Mokychic Drive
Collegeville, PA 19426

Date: August 6, 2019

**RECEIVED**

**AUG 1 3 2019**

CHAMBERS OF
BERYL A. HOWELL
U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA



RECEIVED
Mail Room

AUG - 8 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL WARREN,  :  CASE NO: 1:19-cv-01203-BAH
   *Plaintiff*,  :
         :
vs.       :
         :
SECURITIES EXCHANGE COMMISSION:
   *Defendant*.  :

## DECLARATION IN SUPPORT OF ENTRY OF DEFAULT

Plaintiff, Daniel Warren states:

1. I am the *pro se* Plaintiff in the above-entitled matter.

2. The Defendant Securities Exchange Commission was served with a copy of the summons and complaint as appears from the proof of service on file.

3. The Court granted the Defendant Securities Exchange Commission and extension of time to respond to the complaint by July 26, 2019.

3. The Defendant Securities Exchange Commission has not filed or served an answer or taken other actions as may be permitted by law and has passed the due date to respond or answer.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

s/ *Daniel Warren*, Plaintiff
NL6620
SCI Pheonix
1200 Mokychic Drive
Collegeville, PA 19426

Date: August 6, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL WARREN,           :    CASE NO: 1:19-cv-01203-BAH
  *Plaintiff*,             :
                 :
  vs.                :
                 :
SECURITIES EXCHANGE COMMISSION :
  *Defendant*.            :

## DECLARATION IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT

Plaintiff Daniel Warren states:

1. I am the plaintiff in the above-entitled matter.

2. The amount due plaintiff from defendant Securities Exchange Commission is:

| | |
|---|---:|
| a) Value of legal papers | $350.00 |
| b) Cost of acquiring CUSIP# and other information | $150.00 |
| c) Postage, paper, and copying | $28.58 |
| d) Award of fees and costs | $1400.00 |
| TOTAL | $1928.58 |

3. Order Defendant Securities Exchange Commission to produce the requested documents from the FOIA request.

4. The default of the defendant has been entered for failure to appear in this action.

5. The amount listed above is due and owing and no part has been paid or has any documents been produced.

6. The costs sought to be recovered and documents to be produced have occurred in this action.

7. The defendant is not in the military service as shown by the attached declaration.

1

Pursuant to 28 U.S.C. §, I declare under the penalty of perjury that the foregoing is true and correct.

*s/ Daniel Warren*, Plaintiff
NL6620
SCI Pheonix
1200 Mokychic Drive
Collegeville, PA 19426

Date: August 6. 2019

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL WARREN,
    *Plaintiff*,

vs.

SECURITIES EXCHANGE COMMISSION:
    *Defendant*.

CASE NO: 1:19-cv-01203-BAH

## **DECLARATION AS TO MILITARY SERVICE**

Daniel Warren states:

1. I am the *pro se* plaintiff in the above-entitled matter. I make this declaration pursuant to the requirements of the Soldiers' and Sailors' Civil Relief Act, 50 U.S.C., Appendix § 520.

2. The Defendant Securities Exchange Commission is a government agency and based on that fact, plaintiff is convinced that Defendant Securities Exchange Commission is not in the military service of the United States.

Pursuant to 28 U.S.C. §, I declare under the penalty of perjury that the foregoing is true and correct.

*s/ Daniel Warren*, Plaintiff
NL6620
SCI Pheonix
1200 Mokychic Drive
Collegeville, PA 19426

Date: August 6, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL WARREN,<br>*Plaintiff*, | CASE NO: 1:19-cv-01203-BAH |
| vs. | |
| SECURITIES EXCHANGE COMMISSION<br>*Defendant*. | |

**JUDGMENT**

Defendant Securities Exchange Commission having failed to plead or otherwise defend in this action and default having been entered, Now upon application of the plaintiff and upon declaration that the defendant is indebted to plaintiff in the sum of $1928.58 and to produce all requested documents in FOIA, that defendant has been defaulted for failure to appear and that the defendant is not an infant or incompetent person, and is not in the military service of the United States, it is hereby

ORDERED, ADJUDGED, AND DECREED that plaintiff recover $1928.58 and all requested documents in FOIA request.

Clerk                                                                         Date:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL WARREN,<br>    *Plaintiff*, | CASE NO: 1:19-cv-01203-BAH |
| vs. | |
| SECURITIES EXCHANGE COMMISSION:<br>    *Defendant*. | |

## CERTIFICATE OF SERVICE

I, hereby certify that a ture and correct copy of the foregoing motions were mailed by way of first class United States mail to the below persons:

Securities Exchange Commission
Station Place
100 F. Street
Washington, DC 20549-2465

Office of General Counsel
Attn: carin M. Cozza
100 F. Street
Washington, DC 20549-2465

s/ *Daniel Warren*, Plaintiff
NL6620
SCI Pheonix
1200 Mokychic Drive
Collegeville, PA 19426

Date: August 6. 2019